UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: | |
| RAJEEVKUMAR CHENNATTU | : CHAPTER 7 |
|    DEBTOR | : CASE NO. 09-52602 |
| | |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2 | |
|    MOVANT | : DOC. I.D. NO. |
| VS | |
| RAJEEVKUMAR CHENNATTU | |
|    DEBTOR | |
| RONALD I. CHORCHES, TRUSTEE | : |
|    RESPONDENTS | |

<u>PROPOSED ORDER GRANTING HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2 RELIEF FROM STAY</u>

After notice and a hearing on the above-referenced <u>Motion for Relief from Stay,</u> Doc. I.D. No. ____:

**IT IS HEREBY ORDERED** that the Automatic Stay of Section 362(a) in the above-captioned estate is modified to permit HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2 and/or its successors and assigns to commence and/or continue and prosecute to resolution a foreclosure action affecting the Debtor's interest in real property known as **23 Norton Road, Easton, Connecticut** in accordance with state law and/or permit HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2 and/or its successors and assigns to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. If the Debtor received a Chapter 7 discharge

after the Movant's loan was originated, any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**IT IS FURTHER ORDERED** that the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable so that HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2 may immediately enforce and implement this order granting relief from automatic stay.