UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE:<br>RAJEEVKUMAR CHENNATTU<br>    DEBTOR | : CHAPTER 7<br>: CASE NO. 09-52602 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2<br>    MOVANT<br>VS<br>RAJEEVKUMAR CHENNATTU<br>    DEBTOR<br>RONALD I. CHORCHES, TRUSTEE<br>    RESPONDENTS | : DOC. I.D. NO.<br><br>: JANUARY 19, 2010 |

NOTICE OF BAR DATE FOR FILING AN OBJECTION

The undersigned has filed the following documents:

(1) Motion for Relief From Stay, and

(2) a Proposed Order associated therewith.

A copy of each is attached to this Notice.

**IMPORTANT NOTICE:** Unless you *file* with the Clerk, and *serve* upon the undersigned Movant, an Objection to the referenced pleading *not later than* **January 29, 2010**, the Proposed Order may enter *without a hearing* or any further notice.

THE MOVANT

By: *s/ Linda J. St. Pierre*
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606
Federal Bar No. CT 22287